# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN VOLO

NO. 2025 KW 1027

**MARCH 19, 2026**

---

In Re:     Ryan Volo, applying for supervisory writs, 19th Judicial
           District Court, Parish of East Baton Rouge, No. DC-24-
           03542.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT